JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ISAACS CUSTOM HOMES, LLC, a Kentucky limited liability company; and CHARLES ISAACS, an individual,<br><br>Defendants. | Case No. 8:26-cv-00139-FWS-KES<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

## **JUDGMENT**

On March 19, 2026, the court granted Plaintiff Ameris Bank's Motion for Default Judgment against Defendant Robert Isaacs Custom Homes, LLC and Defendant Charles Isaacs (together, "Defendants").  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Plaintiff and against Defendants in the total amount of **$170,691.25**, which represents the sum of $153,495.90 in compensatory damages, $4,541.40 in prejudgment interest, $6,669.91 in attorney fees, and $5,984.04 in costs.

The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated:  March 19, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2